IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| SIGNATURE WORKS, INC., | ) | Case No.: 11-07332 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

### Cover Sheet for Application for Professional Compensation

Name of Applicant(s):    **David R. Brown, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC**

Authorized to Provide Professional Services to:    **David R. Brown, Trustee of the Estate of Signature works, Inc., Chapter 7 Bankruptcy No. 11-07332**

Date of Order Authorizing Employment:    **March 18, 2011**

Period for which Compensation is Sought: **March 4, 2011 through December 11, 2012**

Amount of Fees Sought:    **$3,246.00**

Amount of Expense Reimbursement Sought:    **$  0.00**

This is an:    Interim Application ___    Final Application  X

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$____-0-_____.

In re: Signature Works, Inc.
Chapter 7 no. 11-07332
Cover Sheet for Application for Professional Compensation by Trustee's General Counsel
(PAGE TWO of TWO)

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| David R. Brown, Attorney | $405.00 | 6.2 | $ 2,511.00 |
| Michele M. Springer, Attorney | $300.00 | 1.5 | $ 450.00 |
| Nicole K. Fishkin, Attorney | $285.00 | 1.0 | $ 285.00 |
| TOTALS | | 8.7 | $ 3,246.00 |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: December 11, 2012

Respectfully Submitted,
APPLICANT
David R. Brown, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:  /s/ David R. Brown
David R. Brown
One of His Attorneys

David R. Brown , Trustee
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| SIGNATURE WORKS, INC., | ) | Case No.: 11-07332 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**NOW COMES** David R. Brown, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, DAVID R. BROWN, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

## I. INTRODUCTION

This Application encompasses the time period from March 4, 2011 through preparation of Applicant's current Final Fee Application, December 11, 2012. The Application represents 8.7 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $3,246.00 and $0.00 for actual and necessary unreimbursed expenses.

1.   On February 24, 2011, an Order for Relief under Chapter 7 of the United States Bankruptcy Code was entered against Signature Works, Inc. and David R. Brown was thereupon appointed as Trustee therein.

2.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

3. This request for relief is predicated on Section 330(a) (1) of the Bankruptcy Code.

4. On March 18, 2011, an Order was entered by this Court authorizing Trustee to employ Springer, Brown, Covey, Gaertner & Davis, LLC (hereinafter "Springer Brown") as his counsel.

5. During the period March 4, 2011 through December 11, 2012, Springer Brown provided services to the Trustee which were reasonable and necessary to the administration of this case, the general nature of which is set forth below and a specific itemization of which is attached hereto and incorporated herein.

## II. CASE STATUS AND NARRATIVE OF LEGAL SERVICES

6. Applicant represented and advised the Trustee on the matters relating to this bankruptcy case. The Applicant has provided a general description of the tasks performed, results achieved and benefit to the estate; and detailed time records in chronological order for each matter with Applicant's time attached hereto Exhibit A. Each professional task for which Applicant seeks compensation is separated into the following two categories:

A. Employment of Professional Persons and Preparation of Fee Applications;

B. Asset Analysis and Disposition: Sale of Inventory, Machinery, Equipment and Sale of Trustee's Right, Title and Interest in Vehicle.

The following narrative description of the project categories explains the necessity and benefit to the estate of each service category and the status of those issues, including all pending litigation:

### A. Employment of Professional Persons and Preparation of Fee Application
**Time Expended: 3.0 hours; Amount requested: $937.50**

This category includes services related to the employment of Applicant as counsel to the Trustee, and preparation of the current Fee Application. Employment of Counsel for the Trustee was necessary for the prompt and efficient liquidation of the estate and have contributed to the successful administration of this estate.

B. **Asset Analysis and Disposition: Sale of Inventory, Machinery and Equipment and Sale of Vehicle**

**Time Expended: 5.7 hours; Amount requested: $2,308.50**

This category includes services related to the sale of the Debtor's inventory, machinery, equipment, fork-lift (hereinafter "Assets") and the sale of the Trustee's Right, Title and Interest in a 2008 Lexus GX470 (hereafter Subject Vehicle"). Prior to the filing of the petition, the Debtor was an architectural millwork business with its facility located in Bensenville, Illinois. The Trustee visited the Debtor's facility with an auctioneer and the auctioneer offered the Trustee the lump sum of $22,000.00 to purchase all the Assets located in the facility, which consisted of various wood and laminate-working machines, assorted hand tools, a small inventory of components and supplies, a GMC van, a 1994 forklift, two copy machines and a small quantity of office equipment and furnishings. The Debtor's Schedules listed the fair market value of the Assets as $35,925.00. The Trustee then negotiated a separate offer from an interested buyer, Robert Nallen, to purchase all the Assets for a lump sum of $26,000.00.

On April 1, 2011, Applicant drafted a Motion for Approval of the Sale of the Assets Free and Clear of Liens and Encumbrances and on April 15, 2011, this Court entered an Order approving the sale.

The Debtor listed the Subject Vehicle in its schedules with a fair market value of $30,000 and a lien in the amount of $26,156.72. The spouse of the Debtor's principal, offered to purchase the Trustee's right, title and interest in the Subject Vehicle for the lump sum of $2,500.00. On April 14, 2011, Applicant filed a Motion to Approve the Sale of the Trustee's Right, Title and Interest in the Subject Vehicle and on May 20, 2011, the Court entered an Order approving the sale.

7. All services in this matter were performed by David R. Brown, billed at the rate of $405.00 per hour, Michele M. Springer, billed at the rate of $300.00 per hour and Nicole K.

Fishkin billed at the rate of $285.00 per hour. These rates are customary for Springer Brown to charge for such services during this time period.

8. The foregoing compensation rates are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity. David R. Brown is a 1978 graduate of the University of Chicago Law School, a former associate at Mayer, Brown & Platt, an attorney and former acting Assistant United States Trustee in the Office of the United States Trustee for the Northern District of Illinois, a twenty-four year panel trustee, and a Member of the firm of Springer, Brown, Covey, Gaertner & Davis, LLC. Michele M. Springer is a senior associate and has been practicing bankruptcy law for sixteen years. Nicole K. Fishkin was an associate who was admitted to the bar in 2010.

9. The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Trustee to perform his statutory duties. Itemized time entries for all Applicant's services are attached as Exhibit A.

**WHEREFORE,** Applicant, David R. Brown respectfully requests that Trustee's Attorneys' fees in the amount of $3,246.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: December 11, 2012        Respectfully Submitted,
                               APPLICANT
                               David R. Brown, Trustee

                               BY: Springer, Brown, Covey, Gaertner & Davis, LLC

                               By:    /s/ David R. Brown
                                      David R. Brown
                                      One of His Attorneys

David R. Brown, Trustee
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000