## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SIGNATURE WORKS, INC. | § | Case No. 11-07332 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/15/2013 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
SIGNATURE WORKS, INC.                     §        Case No. 11-07332
                                          §
            Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 29,000.00 |
| and approved disbursements of | $ | 6,038.45 |
| leaving a balance on hand of[1] | $ | 22,961.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 3,661.03 | $ 0.00 | $ 3,661.03 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 3,246.00 | $ 0.00 | $ 3,246.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,907.03 |
| Remaining Balance | | $ | 16,164.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 713.51  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007B | Internal Revenue Service | $ 713.51 | $ 0.00 | $ 713.51 |

|  | Total to be paid to priority creditors |  | $ | 713.51 |
|---|---|---|---|---|
|  | Remaining Balance |  | $ | 15,451.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 517,291.99  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Gabriel Stoia | $ 6,675.00 | $ 0.00 | $ 199.38 |
| 000002 | Commonwealth Edison Company | $ 2,926.18 | $ 0.00 | $ 87.40 |
| 000003 | Airship Transportation Co. | $ 2,150.00 | $ 0.00 | $ 64.22 |
| 000004 | Champion Logistics Group | $ 2,100.00 | $ 0.00 | $ 62.73 |
| 000005 | Total Tooling Technology | $ 312.19 | $ 0.00 | $ 9.32 |
| 000006 | Lestone | $ 18,020.28 | $ 0.00 | $ 538.26 |
| 000007A | Internal Revenue Service | $ 369,906.60 | $ 0.00 | $ 11,048.97 |
| 000008 | George and Tom's Upholstery | $ 4,036.00 | $ 0.00 | $ 120.55 |
| 000009 | Miller Industrial | $ 22.65 | $ 0.00 | $ 0.68 |
| 000010 | Baer Supply | $ 5,727.11 | $ 0.00 | $ 171.07 |
| 000011 | All Tile, Inc. | $ 6,678.01 | $ 0.00 | $ 199.47 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Metro Hardwoods | $    4,238.55 | $    0.00 | $    126.60 |
| 000013 | Guardian Insurance | $    212.82 | $    0.00 | $    6.36 |
| 000014 | Schiller Architectural Hardware | $    19,274.99 | $    0.00 | $    575.74 |
| 000015 | Smith Brothers Contracting | $    5,876.99 | $    0.00 | $    175.54 |
| 000016 | Howard Wigginton | $    12,442.00 | $    0.00 | $    371.64 |
| 000017 | Verizon Wireless | $    244.55 | $    0.00 | $    7.30 |
| 000018 | Flexicorps, Inc. | $    5,261.00 | $    0.00 | $    157.14 |
| 000019 | Reliable Finishing Product | $    5,350.62 | $    0.00 | $    159.82 |
| 000021 | Aetna Plywood, Inc. | $    45,836.45 | $    0.00 | $    1,369.12 |

Total to be paid to timely general unsecured creditors    $_____15,451.31

Remaining Balance    $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/  David R. Brown _____

David R. Brown, Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-07332-DRC
Signature Works, Inc.                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers          Page 1 of 3          Date Rcvd: Jan 28, 2013
                              Form ID: pdf006       Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2013.
db          +Signature Works, Inc.,   Robert E. McKenzie, Registered Agent,   120 S. Riverside Plaza,
              Chicago, IL 60606-3913
16863095    +ARC Disposal - Republic,   P. O. Box 9001154,   Louisville, KY 40290-1154
16863086    +Accurate Personnel, LLC,   33 South Roselle Road,   Schaumburg, IL 60193-1646
16863087    +Advantage Glass Corp,   c/o Swanson, Martin & Bell, LP,   330 North Wabash, Suite 3300,
              Chicago, IL 60611-3604
16863088    +Aetna Plywood, Inc.,   c/o Kluever & Platt, LLC,   65 East Wacker Place, Suite 2300,
              Chicago, IL 60601-7244
16863089    +++Airship Transportation Co.,   P. O. Box 1462,   Elk Grove Village, IL 60009-1462
16863090    +Alexian Bros,   3040 Salt Creek Lane,   Arlington Heights, IL 60005-1069
16863091    +All Tile, Inc.,   c/o Scott & Goldman,   590 West Crossville Road, Suite 104,
              Roswell, GA 30075-7512
16863092    +Amerhart Lumber & Building Matl's,   6800 North Teutonia Avenue,   Milwaukee, WI 53209-2515
16863094    +Andscot,   9117 Medill Avenue,   Franklin Park, IL 60131-3468
16863096    +Arnstein & Lehr,   120 South Riverside Plaza,   Suite 1200,   Chicago, IL 60606-3910
16863098    +Bartsch Tool & Screw Co.,   P. O. Box 446,   Elk Grove Village, IL 60009-0446
16863099    +Bermar Furniture Stripping,   c/o Jeremiah P. Murray,   4550 West 103rd Street, Suite 201,
              Oak Lawn, IL 60453-4868
16863102    +CBeyond Communication,   13474 Collections Center Drive,   Chicago, IL 60693-0134
16863103    +CDN Logistics, Inc.,   P. O. Box 3360,   Melrose Park, IL 60164-8360
16863100     Cabela's Club Visa,   P. O. Box 82575,   Lincoln, NE 68501-2575
16863101     Capital One,   P. O. Box 85167,   Richmond, VA 23285-5167
16863104    +Champion Logistics Group,   200 Champion Way,   Melrose Park, IL 60164-1682
16863106     Chase Auto Finance,   P. O. Box 9001801,   Louisville, KY 40290-1801
16863109    +Custom Companies, Inc.,   94338 Eagle Way,   Chicago, IL 60678-9430
16863110    +Custom Global Logistics,   36968 Eagle Way,   Chicago, IL 60678-1369
16863111    +Daniel Nallen,   1313 North Ashland Avenue,   Palatine, IL 60074-7089
16863112    +Dewalt Service Center,   800 Thorndale Avenue,   Bensenville, IL 60106-1138
16863113    +Doug Mockett & Company,   P. O. Box 3333,   Manhattan Beach, CA 90266-1333
16863114    +Dunnwell Packaging, LLC,   590 Supreme Drive,   Bensenville, IL 60106-1122
16863115    +Flexicorps, Inc.,   c/o Drake D. Mertes,   701 Lee Street, Suite 790,
              Des Plaines, IL 60016-4552
16863116    +Fred Kempinski,   881 Madelyn Drive,   Des Plaines, IL 60016-1103
17148193    +Gabriel Stoia,   723 Cambridge Dr,   Schaumburg,IL 60193-2664
16863117    +George and Tom's Upholstery,   412 North Ardmore Avenue,   Villa Park, IL 60181-2160
16863118    +Guardian Insurance,   P. O. Box 95101,   Chicago, IL 60694-5101
16863119    +Hand Surgery Associates,   515 West Algonquin Road,   Arlington Heights, IL 60005-4405
16863120     Howard Wigginton,   291 Highway 4,   Dennis, MS 38838-9741
16863123     Labor Ready Mid-Atlantic,   1002 Solutions Center,   Chicago, IL 60677-1000
16863124     Labor Ready Midwest, Inc.,   1002 Solutions Center,   Chicago, IL 60677-1000
16863125    +++Lestone,   Yola Nalvszko owner/secr,   10157 Franklin Avenue,   Franklin Park, IL 60131-1836
16863126     Lexus Financial Services,   P. O. Box 4102,   Carol Stream, IL 60197-4102
16863127    +Lift Truck Doctors, Inc.,   761 North 17th Street, Unit 14,   Saint Charles, IL 60174-1664
16863128    +Marcheschi Plankis & Pogore,   9951 West 190th Street, Suite A,   Mokena, IL 60448-8336
16863129    +Metro Blueprint, Inc.,   457 North York Road,   Elmhurst, IL 60126-2097
16863130    +++Metro Hardwoods,   a division of Midwest Hardwood Corp,   c/o Marso and Michelson, P. A.,
              3101 Irving Avenue South,   Minneapolis, MN 55408-2516
16863132     Miller Industrial,   621 East Devon-Avenue,   Elk Grove Village, IL 60007
16863133    +New Ground,  Attention: Bob Mannion,   15450 S. Outer Forty Dr., Suite 300,
              Chesterfield, MO 63017-2062
16863135     Office Depot Credit Plan,   P. O. 9020,   Dept. 56-4610161662,   Des Moines, IA 50368
16863136    +Parksite, Inc.,   1400 Remington Boulevard,   Bolingbrook, IL 60490-3204
16863137    +Reliable Finishing Product,   1330 Louis Avenue,   Elk Grove Village, IL 60007-2310
16863138    +Robert W. Sears,   857 Industrial Drive,   Bensenville, IL 60106-1351
16863139     Rugby IPD,   P. O. Box 52664,   Phoenix, AZ 85072-2664
16863140    #+Schiller Architectural Hardware,   431 Harding Industrial Drive,   Nashville, TN 37211-3105
16863143     Smith Brothers Contracting,   1354 Sandhill Drive,   Ancaster ON Canada L9G4V5
16863144    #+Smokey Mountain Tops,   1101 Stones River Court,   La Vergne, TN 37086-2838
16863145    +Stamar Packaging,   10 North Mitchell Court,   Addison, IL 60101-1407
16863146    +Stoia Architecture & Design,   723 Cambridge Drive,   Schaumburg, IL 60193-2664
16863147    +Techwood, Inc.,   1900 North Austin Boulevard, 35E,   Chicago, IL 60639-5013
16863148    #+The Hartford,   P. O. Box 2907,   Hartford, CT 06104-2907
16863149    +Total Tooling Technology,   1475 Elmhurst Road,   Elk Grove Village, IL 60007-6400


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16863093    +E-mail/Text: bnc@ursi.com Jan 29 2013 03:10:43    American Express Co.,
              c/o United Recovery Systems,   5800 North Course Drive,   Houston, TX 77072-1613
16863097    +E-mail/Text: rkeck@wurthbaersupply.com Jan 29 2013 04:45:08    Baer Supply,
              909 Forest Edge Drive,   Vernon Hills, IL 60061-3149
16863105    +E-mail/Text: beckie@charterindustries.com Jan 29 2013 04:31:43    Charter Industries,
              2255 29th Street S. E.,   Grand Rapids, MI 49508-1560
16863108     E-mail/Text: legalcollections@comed.com Jan 29 2013 02:38:58     Com Ed,   Bill Payment Center,
              Chicago, IL 60668-0001

District/off: 0752-1          User: mmyers                Page 2 of 3          Date Rcvd: Jan 28, 2013
                             Form ID: pdf006             Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17188670      +E-mail/Text: legalcollections@comed.com Jan 29 2013 02:38:58      Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16863121       E-mail/Text: cio.bncmail@irs.gov Jan 29 2013 02:28:38      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
16863122      +E-mail/Text: rich.weiss@jaeckledistributors.com Jan 29 2013 04:43:42      Jaeckle Distributors,
               4101 Owl Creek Drive,    Madison, WI 53718-4407
16863134       E-mail/Text: bankrup@aglresources.com Jan 29 2013 02:30:35      Nicor Gas,   P. O. Box 0632,
               Aurora, IL 60507-0632
16863150      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 29 2013 02:46:26      Verizon Wireless,
               P. O. Box 25505,    Lehigh Valley, PA 18002-5505
17505224      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 29 2013 02:48:40      Verizon Wireless,
               PO BOX 3397,    Bloomington, IL 61702-3397
                                                                              TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16863107      ##Cheetah Staffing, LLC,    Labor Finders,    P. O. Box 1922,   Rockford, IL 61110-0422
16863131      ##+Midwest Woodworking,    P. O. Box 5747,    Elgin, IL 60121-5747
16863141      ##+Select Surfaces,   291 Addison Road,    Wood Dale, IL 60191-1903
16863142      ##+Sierra Forest Products,    1700 Downs Drive,    West Chicago, IL 60185-1832
                                                                     TOTALS: 0, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2013**                    **Signature:**    *Joseph Speetjens*

District/off: 0752-1          User: mmyers              Page 3 of 3            Date Rcvd: Jan 28, 2013
                             Form ID: pdf006           Total Noticed: 65

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2013 at the address(es) listed below:
          David E Grochocinski    on behalf of Debtor    Signature Works, Inc. lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David R Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          David R Brown, ESQ    dbrown@springerbrown.com,    dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          Nicole K Fishkin    on behalf of Trustee David R Brown, ESQ nfishkin@otrlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                              TOTAL: 5