# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
SIGNATURE WORKS, INC.                           §          Case No. 11-07332
                                                §
              Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| c/o Peter N. Weil, Esq. |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance P. O. Box 9001801 Louisville, KY 40290-1801 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |
| UNION BANK | | | | | |
| PO BOX 19008 SPRINGFIELD, IL 62794-9008 | | | | | |
| Attn: SBS Accounts Receivable PO Box 12513 1851 N. Resler Drive El Paso, TX 79913 | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| 7B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accurate Personnel, LLC 33 South Roselle Road Schaumburg, IL 60193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advantage Glass Corp c/o Swanson, Martin & Bell, LP 330 North Wabash, Suite 3300 Chicago, IL 60611 | | | | | |
| | Aetna Plywood, Inc. c/o Kluever & Platt, LLC 65 East Wacker Place, Suite 2300 Chicago, IL 60601 | | | | | |
| | Airship Transportation Co. P. O. Box 1642 Elk Grove Village, IL 60067 | | | | | |
| | Alexian Bros 3040 Salt Creek Lane Arlington Heights, IL 60009 | | | | | |
| | All Tile, Inc. c/o Scott & Goldman 590 West Crossville Road, Suite 104 Roswell, GA 30076 | | | | | |
| | Amerhart Lumber & Building Matl's 6800 North Teutonia Avenue Milwaukee, WI 53209 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Co. c/o United Recovery Systems 5800 North Course Drive Houston, TX 77072 | | | | | |
| | Andscot 9117 Medill Avenue Franklin Park, IL 60131 | | | | | |
| | ARC Disposal - Republic P. O. Box 9001154 Louisville, KY 40290 | | | | | |
| | Arnstein & Lehr 120 South Riverside Plaza Suite 1200 Chicago, IL 60606 | | | | | |
| | Baer Supply 909 Forest Edge Drive Vernon Hills, IL 60061 | | | | | |
| | Bartsch Tool & Screw Co. P. O. Box 446 Elk Grove Village, IL 60007 | | | | | |
| | Bermar Furniture Stripping c/o Jeremiah P. Murray 4550 West 103rd Street, Suite 201 Oak Lawn, IL 60453 | | | | | |
| | Cabela's Club Visa P. O. Box 82575 Lincoln, NE 68501-2575 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P. O. Box 85167 Richmond, VA 23285-5167 | | | | | |
| | CBeyond Communication 13474 Collections Center Drive Chicago, IL 60693 | | | | | |
| | CDN Logistics, Inc. P. O. Box 3360 Melrose Park, IL 60164 | | | | | |
| | Champion Logistics Group 200 Champion Way Melrose Park, IL 60164 | | | | | |
| | Charter Industries 2255 29th Street S. E. Grand Rapids, MI 49508 | | | | | |
| | Cheetah Staffing, LLC Labor Finders P. O. Box 1922 Rockford, IL 61110-0422 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Custom Companies, Inc. 94338 Eagle Way Chicago, IL 60678 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Custom Global Logistics 36968 Eagle Way Chicago, IL 60678 | | | | | |
| | Dewalt Service Center 800 Thorndale Avenue Bensenville, IL 60106 | | | | | |
| | Doug Mockett & Company P. O. Box 3333 Manhattan Beach, CA 90266 | | | | | |
| | Dunnwell Packaging, LLC 590 Supreme Drive Bensenville, IL 60106 | | | | | |
| | Flexicorps, Inc. c/o Drake D. Mertes 701 Lee Street, Suite 790 Des Plaines, IL 60016 | | | | | |
| | George and Tom's Upholstery 412 North Ardmore Avenue Villa Park, IL 60181 | | | | | |
| | Guardian Insurance P. O. Box 95101 Chicago, IL 60694 | | | | | |
| | Hand Surgery Associates 515 West Algonquin Road Arlington Heights, IL 60005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Howard Wigginton 291 Highway 4 Dennis, MS 38838-9741 | | | | | |
| | Jaeckle Distributors 4101 Owl Creek Drive Madison, WI 53718 | | | | | |
| | Labor Ready Mid-Atlantic 1002 Solutions Center Chicago, IL 60677-1000 | | | | | |
| | Labor Ready Midwest, Inc. 1002 Solutions Center Chicago, IL 60677-1000 | | | | | |
| | Lestone 10157 Franklin Avenue Franklin Park, IL 60131 | | | | | |
| | Lift Truck Doctors, Inc. 761 North 17th Street, Unit 14 Saint Charles, IL 60174 | | | | | |
| | Marcheschi Plankis & Pogore 9951 West 190th Street, Suite A Mokena, IL 60448 | | | | | |
| | Metro Blueprint, Inc. 457 North York Road Elmhurst, IL 60126 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Metro Hardwoods c/o Marso and Michelson, P. A. 3101 Irving Avenue South Minneapolis, MN 55408 | | | | | |
| | Midwest Woodworking P. O. Box 5747 Elgin, IL 60121 | | | | | |
| | Miller Industrial 621 East Devon-Avenue Elk Grove Village, IL 60007 | | | | | |
| | New Ground Attention: Bob Mannion 15450 S. Outer Forty Dr., Suite 300 Chesterfield, MO 63017 | | | | | |
| | Nicor Gas P. O. Box 0632 Aurora, IL 60507-0632 | | | | | |
| | Office Depot Credit Plan P. O. 9020 Dept. 56-4610161662 Des Moines, IA 50368 | | | | | |
| | Parksite, Inc. 1400 Remington Boulevard Bolingbrook, IL 60490 | | | | | |
| | Reliable Finishing Product 1330 Louis Avenue Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert W. Sears 857 Industrial Drive Bensenville, IL 60106 | | | | | |
| | Rugby IPD P. O. Box 52664 Phoenix, AZ 85072-2664 | | | | | |
| | Schiller Architectural Hardware 431 Harding Industrial Drive Nashville, TN 37211 | | | | | |
| | Select Surfaces 291 Addison Road Wood Dale, IL 60191 | | | | | |
| | Sierra Forest Products 1700 Downs Drive West Chicago, IL 60185 | | | | | |
| | Smith Brothers Contracting 1354 Sandhill Drive Ancaster ON Canada L9G4V5 | | | | | |
| | Smokey Mountain Tops 1101 Stones River Court La Vergne, TN 37086 | | | | | |
| | Stamar Packaging 10 North Mitchell Court Addison, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stoia Architecture & Design 723 Cambridge Drive Schaumburg, IL 60193 | | | | | |
| | Techwood, Inc. 1900 North Austin Boulevard, 35E Chicago, IL 60639 | | | | | |
| | The Hartford P. O. Box 2907 Hartford, CT 06104 | | | | | |
| | Total Tooling Technology 1475 Elmhurst Road Elk Grove Village, IL 60007 | | | | | |
| | Verizon Wireless P. O. Box 25505 Lehigh Valley, PA 18002 | | | | | |
| 21 | AETNA PLYWOOD, INC. | | | | | |
| 3 | AIRSHIP TRANSPORTATION CO. | | | | | |
| 11 | ALL TILE, INC. | | | | | |
| 10 | BAER SUPPLY | | | | | |
| 4 | CHAMPION LOGISTICS GROUP | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | COMMONWEALTH EDISON COMPANY | | | | | |
| 18 | FLEXICORPS, INC. | | | | | |
| 1 | GABRIEL STOIA | | | | | |
| 8 | GEORGE AND TOM'S UPHOLSTERY | | | | | |
| 13 | GUARDIAN INSURANCE | | | | | |
| 16 | HOWARD WIGGINTON | | | | | |
| 7A | INTERNAL REVENUE SERVICE | | | | | |
| 6 | LESTONE | | | | | |
| 12 | METRO HARDWOODS | | | | | |
| 9 | MILLER INDUSTRIAL | | | | | |
| 19 | RELIABLE FINISHING PRODUCT | | | | | |
| 14 | SCHILLER ARCHITECTURAL HARDWARE | | | | | |
| 15 | SMITH BROTHERS CONTRACTING | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | TOTAL TOOLING TECHNOLOGY | | | | | |
| | U. S. BANKRUPTCY COURT CLERK | | | | | |
| 17 | VERIZON WIRELESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-07332 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | SIGNATURE WORKS, INC. | | | | Date Filed (f) or Converted (c): | 02/24/2011 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2011 |
| For Period Ending: | 09/29/2014 | | | | Claims Bar Date: | 07/29/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  checking account with First Bank | 494.44 | 494.44 | | 0.00 | FA |
| 2.  401(k) plan - Prime Plan Solutions ($93,460.95 in | 0.00 | 0.00 | | 0.00 | FA |
| 3.  accounts receivable | 18,216.44 | 18,216.44 | | 0.00 | FA |
| 4.  2006 Chevy Express G3500 | 7,225.00 | 7,225.00 | | 1,000.00 | FA |
| 5.  2008 Lexus GX470 | 30,000.00 | 30,000.00 | | 2,500.00 | FA |
| 6.  office equipment, computers, | 0.00 | 0.00 | | 1,500.00 | FA |
| 7.  see attached list of equipment | 26,700.00 | 26,700.00 | | 23,000.00 | FA |
| 8.  inventory | 2,000.00 | 2,000.00 | | 1,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $84,635.88    $84,635.88    $29,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/2012       Current Projected Date of Final Report (TFR): 03/30/2013

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-07332
Case Name: SIGNATURE WORKS, INC.

Taxpayer ID No: XX-XXX5931
For Period Ending: 09/29/2014

Trustee Name: DAVID R. BROWN
Bank Name: Union Bank
Account Number/CD#: XXXXXX1481
Money Market Account (Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/11 | | NALLEN, DAN | | | $26,500.00 | | $26,500.00 |
| | | | Gross Receipts $26,500.00 | | | | |
| | 7 | | see attached list of equipment $23,000.00 | 1129-000 | | | |
| | 8 | | inventory $1,000.00 | 1129-000 | | | |
| | 6 | | office equipment, computers, $1,500.00 | 1129-000 | | | |
| | 4 | | 2006 Chevy Express G3500 $1,000.00 | 1129-000 | | | |
| 05/11/11 | | Transfer to Acct # XXXXXX1523 | TRANSFER TO WRITE CHECKS | 9999-000 | | $500.00 | $26,000.00 |
| 06/02/11 | 5 | KEMPINSKI, WANDA 881 Madelyn DriveDes Plaines, IL 60016 | | 1229-000 | $2,500.00 | | $28,500.00 |
| 10/19/11 | | UNION BANK | bank charges | 2600-000 | | $68.83 | $28,431.17 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | $68.83 | $28,362.34 |
| 12/20/11 | | UNION BANK | Bank Charges | 2600-000 | | $68.83 | $28,293.51 |
| 01/17/12 | | UNION BANK | Bank Charges | 2600-000 | | $68.83 | $28,224.68 |
| 01/25/12 | | UNION BANK | Bank Charges | 2600-000 | | $68.83 | $28,155.85 |
| 01/26/12 | | Transfer to Acct # XXXXXX1523 | TRANSFER TO WRITE CHECKS | 9999-000 | | $110.30 | $28,045.55 |
| 02/03/12 | | Transfer to Acct # XXXXXX3598 | Bank Funds Transfer | 9999-000 | | $28,045.55 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | $29,000.00 | $29,000.00 | |
| | Less: Bank Transfers/CD's | $0.00 | $28,655.85 | |
| | Subtotal | $29,000.00 | $344.15 | |
| | Page Subtotals: | $29,000.00 | $29,000.00 | |

Less: Payments to Debtors                                    $0.00              $0.00
                                                            _____
Net                                                      $29,000.00           $344.15

Exhibit 9

Page Subtotals:                                             $0.00              $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-07332
Case Name: SIGNATURE WORKS, INC.

Taxpayer ID No: XX-XXX5931
For Period Ending: 09/29/2014

Trustee Name: DAVID R. BROWN
Bank Name: Union Bank
Account Number/CD#: XXXXXX1523
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/11 | | Transfer from Acct # XXXXXX1481 | TRANSFER TO WRITE CHECKS | 9999-000 | $500.00 | | $500.00 |
| 05/11/11 | 1001 | MIDWEST ARCHITECTURE MILLWORK & DES c/o Peter N. Weil, Esq.175 Olde Half Day RoadSuite 134Lincolnshire, IL 60069 | Refund overpayment Refund of overpayment of purchase price for business assets | 8500-000 | | $500.00 | $0.00 |
| 01/26/12 | | Transfer from Acct # XXXXXX1481 | TRANSFER TO WRITE CHECKS | 9999-000 | $110.30 | | $110.30 |
| 01/26/12 | 1002 | PROCESSING, AUTOMATIC DATA Attn: SBS Accounts ReceivablePO Box 125131851 N. Resler DriveEl Paso, TX 79913 | Case No. 120126-001897 w-2s for 2011 | 2990-000 | | $110.30 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $610.30 | $610.30 |
| Less: Bank Transfers/CD's | $610.30 | $0.00 |
| Subtotal | $0.00 | $610.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $610.30 |

| | | |
|---|---|---|
| Page Subtotals: | $610.30 | $610.30 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-07332 | Trustee Name: DAVID R. BROWN | |
| Case Name: SIGNATURE WORKS, INC. | Bank Name: Congressional Bank | |
| | Account Number/CD#: XXXXXX3598 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX5931 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/29/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX1481 | Bank Funds Transfer | 9999-000 | $28,045.55 | | $28,045.55 |
| 02/10/12 | 1001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | $12.00 | $28,033.55 |
| 04/10/12 | 1002 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19008SPRINGFIELD, IL 62794-9008 | 2010 Form IL -1120, 95-4645931 | 2820-000 | | $5,072.00 | $22,961.55 |
| 04/23/12 | | UNION BANK | | 9999-000 | $110.30 | | $23,071.85 |
| 02/25/13 | 1023 | GEORGE AND TOM'S UPHOLSTERY 412 North Ardmore Avenue Villa Park, IL  60181 | Final Distribution  Reversal | 7100-000 | | ($92.38) | $23,164.23 |
| 02/25/13 | 1022 | LESTONE Yola Nalvszko owner/secr 10157 Franklin Avenue Franklin Park, IL  60131 | Final Distribution  Reversal | 7100-000 | | ($412.47) | $23,576.70 |
| 02/25/13 | 1021 | TOTAL TOOLING TECHNOLOGY 1475 Elmhurst Road Elk Grove Village, IL  60007 | Final Distribution  Reversal | 7100-000 | | ($7.15) | $23,583.85 |
| 02/25/13 | 1020 | CHAMPION LOGISTICS GROUP 200 Champion Way Melrose Park, IL  60164 | Final Distribution  Reversal | 7100-000 | | ($48.07) | $23,631.92 |
| 02/25/13 | 1019 | AIRSHIP TRANSPORTATION CO. P. O. Box 1462 Elk Grove Village, IL  60067 | Final Distribution  Reversal | 7100-000 | | ($49.21) | $23,681.13 |
| 02/25/13 | 1018 | AETNA PLYWOOD, INC. c/o Kluever & Platt, LLC 65 East Wacker Place, Suite 2300 Chicago, IL  60601 | f  Reversal | 7100-000 | | ($1,049.15) | $24,730.28 |
| 02/25/13 | 1017 | COMMONWEALTH EDISON COMPANY  3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL  60181 | Final Distribution  Reversal | 7100-000 | | ($66.98) | $24,797.26 |
| 02/25/13 | 1016 | RELIABLE FINISHING PRODUCT 1330 Louis Avenue Elk Grove Village, IL  60007 | Final Distribution  Reversal | 7100-000 | | ($122.47) | $24,919.73 |

Page Subtotals:    $28,155.85    $3,236.12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 11-07332 | | | | Trustee Name: DAVID R. BROWN | | |
| Case Name: SIGNATURE WORKS, INC. | | | | Bank Name: Congressional Bank | | |
| | | | | Account Number/CD#: XXXXXX3598 | | |
| | | | | Checking Account | | |
| Taxpayer ID No: XX-XXX5931 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 09/29/2014 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/13 | 1014 | VERIZON WIRELESS<br>PO BOX 3397<br>Bloomington, IL  61702 | Final Distribution  Reversal | | 7100-000 | | ($5.60) | $24,925.33 |
| 02/25/13 | 1015 | FLEXICORPS, INC.<br>c/o Drake D. Mertes<br>701 Lee Street, Suite 790<br>Des Plaines, IL  60016 | Final Distribution  Reversal | | 7100-000 | | ($120.42) | $25,045.75 |
| 02/25/13 | 1013 | HOWARD WIGGINTON<br>291 Highway 4<br>Dennis, MS  38838-9741 | g  Reversal | | 7100-000 | | ($284.78) | $25,330.53 |
| 02/25/13 | 1012 | SMITH BROTHERS CONTRACTING<br>1354 Sandhill Drive<br>Ancaster ON Canada L9G4V5 | Final Distribution  Reversal | | 7100-000 | | ($134.52) | $25,465.05 |
| 02/25/13 | 1011 | SCHILLER ARCHITECTURAL HARDWARE<br>431 Harding Industrial Drive<br>Nashville, TN  37211 | Final Distribution  Reversal | | 7100-000 | | ($441.18) | $25,906.23 |
| 02/25/13 | 1010 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal | | | | ($5.38) | $25,911.61 |
| | | GUARDIAN INSURANCE | Final Distribution | $4.87 | 7100-000 | | | |
| | | MILLER INDUSTRIAL | Final Distribution | $0.51 | 7100-000 | | | |
| 02/25/13 | 1009 | METRO HARDWOODS<br>a division of Midwest Hardwood Corp<br>c/o Marso and Michelson, P. A.<br>3101 Irving Avenue South<br>Minneapolis, MN  55408 | Final Distribution  Reversal | | 7100-000 | | ($97.02) | $26,008.63 |
| 02/25/13 | 1008 | ALL TILE, INC.<br>c/o Scott & Goldman<br>590 West Crossville Road, Suite 104<br>Roswell, GA  30076 | Final Distribution  Reversal | | 7100-000 | | ($152.85) | $26,161.48 |
| 02/25/13 | 1007 | BAER SUPPLY<br>909 Forest Edge Drive<br>Vernon Hills, IL  60061 | Final Distribution  Reversal | | 7100-000 | | ($131.09) | $26,292.57 |
| 02/25/13 | 1006 | GABRIEL STOIA<br>723 Cambridge Dr<br>Schaumburg, IL  60193 | Final Distribution  Reversal | | 7100-000 | | ($152.78) | $26,445.35 |

Page Subtotals:                  $0.00          ($1,525.62)

UST Form 101-7-TDR (5/1/2011) *(Page: 21)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-07332

Case Name: SIGNATURE WORKS, INC.

Taxpayer ID No: XX-XXX5931

For Period Ending: 09/29/2014

Trustee Name: DAVID R. BROWN

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX3598

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/13 | 1005 | INTERNAL REVENUE SERVICE Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | Distribution Reversal | | | ($9,180.29) | $35,625.64 |
| | | INTERNAL REVENUE SERVICE | Final Distribution $713.51 | 5800-000 | | | |
| | | INTERNAL REVENUE SERVICE | Final Distribution $8,466.78 | 7100-000 | | | |
| 02/25/13 | 1004 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. Reversal | 2100-000 | | ($7,272.06) | $42,897.70 |
| 02/25/13 | 1003 | BROWN SPRINGER & DAVIS, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. Reversal | 3110-000 | | ($3,246.00) | $46,143.70 |
| 02/25/13 | 1003 | BROWN SPRINGER & DAVIS, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,246.00 | $42,897.70 |
| 02/25/13 | 1004 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,272.06 | $35,625.64 |
| 02/25/13 | 1005 | INTERNAL REVENUE SERVICE Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | Distribution | | | $9,180.29 | $26,445.35 |
| | | INTERNAL REVENUE SERVICE | Final Distribution ($713.51) | 5800-000 | | | |
| | | INTERNAL REVENUE SERVICE | Final Distribution ($8,466.78) | 7100-000 | | | |
| 02/25/13 | 1006 | GABRIEL STOIA 723 Cambridge Dr Schaumburg, IL 60193 | Final Distribution | 7100-000 | | $152.78 | $26,292.57 |
| 02/25/13 | 1007 | BAER SUPPLY 909 Forest Edge Drive Vernon Hills, IL 60061 | Final Distribution | 7100-000 | | $131.09 | $26,161.48 |

Page Subtotals: $0.00   $283.87

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 11-07332 | | Trustee Name: DAVID R. BROWN | | Exhibit 9 |
| Case Name: SIGNATURE WORKS, INC. | | Bank Name: Congressional Bank | | |
| | | Account Number/CD#: XXXXXX3598 | | |
| | | Checking Account | | |
| Taxpayer ID No: XX-XXX5931 | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 09/29/2014 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/13 | 1008 | ALL TILE, INC.<br>c/o Scott & Goldman<br>590 West Crossville Road, Suite 104<br>Roswell, GA  30076 | Final Distribution | 7100-000 | | $152.85 | $26,008.63 |
| 02/25/13 | 1009 | METRO HARDWOODS<br>a division of Midwest Hardwood Corp<br>c/o Marso and Michelson, P. A.<br>3101 Irving Avenue South<br>Minneapolis, MN  55408 | Final Distribution | 7100-000 | | $97.02 | $25,911.61 |
| 02/25/13 | 1010 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $5.38 | $25,906.23 |
| | | GUARDIAN INSURANCE | Final Distribution                    ($4.87) | 7100-001 | | | |
| | | MILLER INDUSTRIAL | Final Distribution                    ($0.51) | 7100-001 | | | |
| 02/25/13 | 1011 | SCHILLER ARCHITECTURAL HARDWARE<br>431 Harding Industrial Drive<br>Nashville, TN  37211 | Final Distribution | 7100-000 | | $441.18 | $25,465.05 |
| 02/25/13 | 1012 | SMITH BROTHERS CONTRACTING<br>1354 Sandhill Drive<br>Ancaster ON Canada L9G4V5 | Final Distribution | 7100-000 | | $134.52 | $25,330.53 |
| 02/25/13 | 1013 | HOWARD WIGGINTON<br>291 Highway 4<br>Dennis, MS  38838-9741 | g | 7100-000 | | $284.78 | $25,045.75 |
| 02/25/13 | 1014 | VERIZON WIRELESS<br>PO BOX 3397<br>Bloomington, IL  61702 | Final Distribution | 7100-000 | | $5.60 | $25,040.15 |
| 02/25/13 | 1015 | FLEXICORPS, INC.<br>c/o Drake D. Mertes<br>701 Lee Street, Suite 790<br>Des Plaines, IL  60016 | Final Distribution | 7100-000 | | $120.42 | $24,919.73 |
| 02/25/13 | 1016 | RELIABLE FINISHING PRODUCT<br>1330 Louis Avenue<br>Elk Grove Village, IL  60007 | Final Distribution | 7100-000 | | $122.47 | $24,797.26 |

Page Subtotals:                              $0.00          $1,364.22

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  11-07332
Case Name:  SIGNATURE WORKS, INC.

Taxpayer ID No:  XX-XXX5931
For Period Ending:  09/29/2014

Trustee Name:  DAVID R. BROWN
Bank Name:  Congressional Bank
Account Number/CD#:  XXXXXX3598
Checking Account
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/13 | 1017 | COMMONWEALTH EDISON COMPANY<br><br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL  60181 | Final Distribution | 7100-000 | | $66.98 | $24,730.28 |
| 02/25/13 | 1018 | AETNA PLYWOOD, INC.<br>c/o Kluever & Platt, LLC<br>65 East Wacker Place, Suite 2300<br>Chicago, IL  60601 | f | 7100-000 | | $1,049.15 | $23,681.13 |
| 02/25/13 | 1019 | AIRSHIP TRANSPORTATION CO.<br>P. O. Box 1462<br>Elk Grove Village, IL  60067 | Final Distribution | 7100-000 | | $49.21 | $23,631.92 |
| 02/25/13 | 1020 | CHAMPION LOGISTICS GROUP<br>200 Champion Way<br>Melrose Park, IL  60164 | Final Distribution | 7100-000 | | $48.07 | $23,583.85 |
| 02/25/13 | 1021 | TOTAL TOOLING TECHNOLOGY<br>1475 Elmhurst Road<br>Elk Grove Village, IL  60007 | Final Distribution | 7100-000 | | $7.15 | $23,576.70 |
| 02/25/13 | 1022 | LESTONE<br>Yola Nalvszko owner/secr<br>10157 Franklin Avenue<br>Franklin Park, IL  60131 | Final Distribution | 7100-000 | | $412.47 | $23,164.23 |
| 02/25/13 | 1023 | GEORGE AND TOM'S UPHOLSTERY<br>412 North Ardmore Avenue<br>Villa Park, IL  60181 | Final Distribution | 7100-000 | | $92.38 | $23,071.85 |
| 03/01/13 | 1024 | BROWN SPRINGER<br>& DAVIS, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,246.00 | $19,825.85 |
| 03/01/13 | 1025 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL  60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,661.03 | $16,164.82 |
| 03/01/13 | 1026 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Distribution | | | $11,762.48 | $4,402.34 |
| | | INTERNAL REVENUE SERVICE | Final Distribution          ($713.51) | 5800-000 | | | |

Page Subtotals:                    $0.00          $20,394.92

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No: 11-07332 | | | | Trustee Name: DAVID R. BROWN | | | Exhibit 9 |
| Case Name: SIGNATURE WORKS, INC. | | | | Bank Name: Congressional Bank | | | |
| | | | | Account Number/CD#: XXXXXX3598 | | | |
| | | | | Checking Account | | | |
| Taxpayer ID No: XX-XXX5931 | | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 09/29/2014 | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | INTERNAL REVENUE SERVICE | Final Distribution                    ($11,048.97) | 7100-000 | | | |
| 03/01/13 | 1027 | GABRIEL STOIA<br>723 Cambridge Dr<br>Schaumburg, IL  60193 | Final Distribution | 7100-000 | | $199.38 | $4,202.96 |
| 03/01/13 | 1028 | BAER SUPPLY<br>909 Forest Edge Drive<br>Vernon Hills, IL  60061 | Final Distribution | 7100-000 | | $171.07 | $4,031.89 |
| 03/01/13 | 1029 | ALL TILE, INC.<br>c/o Scott & Goldman<br>590 West Crossville Road, Suite 104<br>Roswell, GA  30076 | Final Distribution | 7100-000 | | $199.47 | $3,832.42 |
| 03/01/13 | 1030 | METRO HARDWOODS<br>a division of Midwest Hardwood Corp<br>c/o Marso and Michelson, P. A.<br>3101 Irving Avenue South<br>Minneapolis, MN  55408 | Final Distribution | 7100-000 | | $126.60 | $3,705.82 |
| 03/01/13 | 1031 | GUARDIAN INSURANCE<br>P. O. Box 95101<br>Chicago, IL  60694 | Final Distribution | 7100-000 | | $6.36 | $3,699.46 |
| 03/01/13 | 1032 | SCHILLER ARCHITECTURAL HARDWARE<br>431 Harding Industrial Drive<br>Nashville, TN  37211 | Final Distribution | 7100-000 | | $575.74 | $3,123.72 |
| 03/01/13 | 1033 | SMITH BROTHERS CONTRACTING<br>1354 Sandhill Drive<br>Ancaster ON Canada L9G4V5 | Final Distribution | 7100-000 | | $175.54 | $2,948.18 |
| 03/01/13 | 1034 | HOWARD WIGGINTON<br>291 Highway 4<br>Dennis, MS  38838-9741 | g | 7100-000 | | $371.64 | $2,576.54 |
| 03/01/13 | 1035 | VERIZON WIRELESS<br>PO BOX 3397<br>Bloomington, IL  61702 | Final Distribution | 7100-000 | | $7.30 | $2,569.24 |
| 03/01/13 | 1036 | FLEXICORPS, INC.<br>c/o Drake D. Mertes<br>701 Lee Street, Suite 790<br>Des Plaines, IL  60016 | Final Distribution | 7100-000 | | $157.14 | $2,412.10 |

Page Subtotals:                    $0.00          $1,990.24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-07332
Case Name: SIGNATURE WORKS, INC.

Taxpayer ID No: XX-XXX5931
For Period Ending: 09/29/2014

Trustee Name: DAVID R. BROWN
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX3598
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/13 | 1037 | RELIABLE FINISHING PRODUCT 1330 Louis Avenue Elk Grove Village, IL  60007 | Final Distribution | 7100-000 | | $159.82 | $2,252.28 |
| 03/01/13 | 1038 | COMMONWEALTH EDISON COMPANY  3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL  60181 | Final Distribution | 7100-000 | | $87.40 | $2,164.88 |
| 03/01/13 | 1039 | AETNA PLYWOOD, INC. c/o Kluever & Platt, LLC 65 East Wacker Place, Suite 2300 Chicago, IL  60601 | f | 7100-000 | | $1,369.12 | $795.76 |
| 03/01/13 | 1040 | AIRSHIP TRANSPORTATION CO. P. O. Box 1462 Elk Grove Village, IL  60067 | Final Distribution | 7100-000 | | $64.22 | $731.54 |
| 03/01/13 | 1041 | CHAMPION LOGISTICS GROUP 200 Champion Way Melrose Park, IL  60164 | Final Distribution | 7100-000 | | $62.73 | $668.81 |
| 03/01/13 | 1042 | TOTAL TOOLING TECHNOLOGY 1475 Elmhurst Road Elk Grove Village, IL  60007 | Final Distribution | 7100-000 | | $9.32 | $659.49 |
| 03/01/13 | 1043 | LESTONE Yola Nalvszko owner/secr 10157 Franklin Avenue Franklin Park, IL  60131 | Final Distribution | 7100-000 | | $538.26 | $121.23 |
| 03/01/13 | 1044 | GEORGE AND TOM'S UPHOLSTERY 412 North Ardmore Avenue Villa Park, IL  60181 | Final Distribution | 7100-000 | | $120.55 | $0.68 |
| 03/01/13 | 1045 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $0.68 | $0.00 |
| 05/01/13 | 1031 | GUARDIAN INSURANCE P. O. Box 95101 Chicago, IL  60694 | Final Distribution  Reversal check returned - undeliverable | 7100-000 | | ($6.36) | $6.36 |
| 05/01/13 | 1046 | U. S. BANKRUPTCY COURT CLERK 7th Floor, Federal Building 219 South Dearborn Street Chicago, IL  60604 | Deposit unclaimed distribution | 7100-000 | | $6.36 | $0.00 |

Page Subtotals: $0.00   $2,412.10

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-07332                                      Trustee Name: DAVID R. BROWN          Exhibit 9
Case Name: SIGNATURE WORKS, INC.                       Bank Name: Congressional Bank
                                                       Account Number/CD#: XXXXXX3598
                                                       Checking Account
Taxpayer ID No: XX-XXX5931                              Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 09/29/2014                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/13 | | Airship Transportation Co. PO Box 1462 Elk Grove Village, IL 60067 | reverse unclaimed distribution | 1280-000 | $64.22 | | $64.22 |
| 01/28/14 | 1040 | AIRSHIP TRANSPORTATION CO. P. O. Box 1462 Elk Grove Village, IL 60067 | Final Distribution Reversal | 7100-000 | | ($64.22) | $128.44 |
| 01/28/14 | | Airship Transportation Co. PO Box 1462 Elk Grove Village, IL 60067 | reverse unclaimed distribution Reversal | 1280-000 | ($64.22) | | $64.22 |
| 01/28/14 | 1047 | CLERK, US BANKRUPTCY COURT | unclaimed distributions | 7100-002 | | $64.22 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $28,155.85 | $28,155.85 |
| Less: Bank Transfers/CD's | $28,155.85 | $0.00 |
| Subtotal | $0.00 | $28,155.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $28,155.85 |

Page Subtotals:                                        $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1481 - Money Market Account (Interest Earn | $29,000.00 | $344.15 | $0.00 |
| XXXXXX1523 - Checking Account | $0.00 | $610.30 | $0.00 |
| XXXXXX3598 - Checking Account | $0.00 | $28,155.85 | $0.00 |
| | $29,000.00 | $29,110.30 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $29,000.00 | |
| Total Gross Receipts: | $29,000.00 | |

Page Subtotals:                                  $0.00          $0.00